# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**LOGAN B. FOX**
**AVIATION BOATSWAIN'S MATE HANDLING**
**SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400353**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 30 June 2014.
**Military Judge:** CAPT Andrew Henderson, JAGC, USN.
**Convening Authority:** Commanding Officer, USS NIMITZ (CVN 68).
**Staff Judge Advocate's Recommendation:** LT C.J. Deerwester, JAGC, USN.
**For Appellant:** CAPT Charles Stimson, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**18 December 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court